# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EVANSTON INSURANCE COMPANY,**

    **Plaintiff,**

**-vs-**                                                       **Case No. 6:08-cv-1984-Orl-31DAB**

**LARCON CORPORATION,**

    **Defendant.**

## ORDER

On April 21, 2009, Magistrate Judge Baker entered a Report and Recommendation (Doc. 27), recommending that Motion for Final Judgment Upon Default as to Larcon Corporation (Doc. 23) be DENIED. Plaintiff filed timely objections to the Report (Doc. 28). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. At least for purposes of obtaining a default judgment, simply attaching a letter in which one told an insured that he breached the contract is no substitute for alleging *in the complaint* that the insured breached the contract. It is, therefore

    **ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion for Final Judgment Upon Default as to Larcon Corporation is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 14, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party