**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVANSTON INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                                    **Case No. 6:08-cv-1984-Orl-31DAB**

**LARCON CORPORATION,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Entry of Default Judgment (Doc. No. 36) filed August 12, 2009.

On September 2, 2009, the United States Magistrate Judge issued a report (Doc. No. 37) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Entry of Default Judgment is GRANTED. The Plaintiff has no duty to defend or indemnify Defendant from any claims arising out of the construction of the Riomar Project[1]. The clerk is directed to enter judgment on behalf of the Plaintiff and thereafter close the case.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on22nd day of September, 2009.

Copies furnished to:
Counsel of Record
Unrepresented Party

                                                    GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

---

[1] On page 3 of the Report and Recommendation it reads "It is therefore recommended that the motion be granted and the Court issue a declaratory judgment that Defendant has no duty to defend or indemnify Plaintiff from any claims arising out of the construction of the Riomar Project." It should read that the Plaintiff has no duty to defend or indemnify the Defendant in this action.